PARHAM v. RAILROAD Co., from Granville County. Affirmed. A. W. Graham and J. W. Graham for plaintiff; Winston & Fuller, J. B. Batchelor and W. H. Day for defendant.

CHAPPELL v. MORRIS, from Durham County. Affirmed. Manning & Foushee for plaintiff; Boone, Bryant & Biggs for defendant.

TATE v. FORSHEE, from Alamance County. Affirmed. C. E. McLean, E. S. Parker and Womack & Hayes for plaintiff; no counsel for defendant.

KERR v. WADLEY, from Sampson County. Affirmed. J. D. Kerr and F. R. Cooper for plaintiff; Stevens & Beasley and L. V. Grady for defendant.

GRAHAM v. WALKER, from Pender County. Dismissed for failure to print. Motion to reinstate denied. J. D. Kerr for plaintiff; F. R. Cooper and Stevens & Beasley for defendant.

RHODES v. MOYE, from Lenoir County. Affirmed. Battle & Mordecai for plaintiff; Y. T. Ormond for defendant.

WORTH v. LANCASHIRE, from Cumberland County. Affirmed. J. W. Hinsdale and Shepherd & Busbee and R. C. Lawrence for plaintiff; H. L. Cook for defendant.

McCASKILL v. LANCASHIRE, from Cumberland County. Affirmed. J. W. Hinsdale, Shepherd & Busbee and R. C. Lawrence for plaintiff; H. L. Cook for defendant.

KOCH v. PORTER, from Columbus County. Motion to docket and dismiss defendant's appeal under Rule 17, allowed. J. B. Schulken for plaintiff; no counsel for defendant.

CHURCH v. McDUFFIE, from Cumberland County. Motion to docket and dismiss defendant's appeal under Rule 17, allowed. N. A. Sinclair for plaintiff; no counsel contra.

ROUSE v. TELEGRAPH Co., from Iredell County. Motion